IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNA MANINFIOR and
GARY MANINFIOR,
Plaintiffs,

v.

CINCINNATI LIFE INSURANCE
COMPANY,
Defendant.

Case No. 19–CV–00741–JPG

## JUDGMENT

This matter having come before the Court and the parties having stipulated to dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff **DONNA MANINFIOR** and **GARY MANINFIOR**'s claims against Defendant **CINCINNATI LIFE INSURANCE COMPANY** are **DISMISSED WITHOUT PREJUDICE**.

**Dated: January 23, 2020**    **MARGARET M. ROBERTIE**
                                **CLERK OF COURT**
                                **s/ Tina Gray, Deputy Clerk**

**Approved: s/J. Phil Gilbert**
          **U.S. District Judge**